Andrew O. Smith, Esq., SBN 217538
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
         mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDA AGUILAR,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART INC. a corporation, and DOES 1 to 20,<br><br>  Defendants. | CASE NO.: 2:20-cv-07902 RSWL (SKx)<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**<br><br>Courtroom: Courtroom location to be noticed- TBD<br>District Judge: Ronald S.W. Lew<br>Magistrate Judge: Steve Kim<br>Complaint Filed: April 15, 2020<br>Trial Date: July 26, 2022 |

Upon consideration of Plaintiff MAGDA AGUILAR and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be removed to the Superior Court of State of California, County of Los Angeles.

Dated: June 17, 2021    **/S/ RONALD S.W. LEW**
           HONORABLE RONALD S.W. LEW
           UNITED STATES DISTRICT JUDGE